# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YONELL ALLUMS,** | : | CIVIL ACTION NO. 1:25-CV-1050 |
| Petitioner | : | (Judge Neary) |
| v. | : | |
| **WARDEN OF FCI-SCHUYLKILL,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 22nd day of September, 2025, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania